statutory right of rescission and refund effective. See: 10 R. C. L., page 311.

The holding of this Court in the case of Otto v. Harlee, 119 Fla. 266, 161 Sou. Rep. 402; to the effect that Section 1009 C. G. L., 783 R. G. S., is unconstitutional was limited in its effect to a holding that it was unconstitutional only in so far as it contemplated the exercise of judicial power by the Clerk of the Circuit Court to pass upon legal questions as to the validity of tax certificates *vel non*. But, with the exception stated, there has been no holding that said section is unconstitutional, nor is it unconstitutional in so far as it provides for and authorizes the Comptroller to make refunds of moneys held by the State that have been received by it from invalid tax sales if so validly adjudicated.

Where ordinary legal procedure is inadequate to do complete justice and give effect to judicially enforceable statutory legal or equitable rights such as are created by Section 1009 C. G. L., 783 R. G. S., a court of equity becomes vested with jurisdiction to investigate and decide cases arising out of the administration of said section of the statute because it is one of the principal axioms of equity that equity will afford a remedy in cases where other courts cannot give full relief.

M. Squires v. J. M. Lee, as State Comptroller.

172 So. 484.
Opinion Filed January 8, 1937.
Rehearing Denied February 26, 1937.

*Edwin Brobston,* for Appellant;

*Cary D. Landis,* Attorney General, and *H. E. Carter,* Assistant Attorney General, for Appellee.

PER CURIAM.—This is a companion case to that of F. B. Palbicke v. J. M. Lee, as Comptroller, and the order appealed from should be affirmed upon authority of the opinion and judgment entered at this Term of the Court in that case.

So ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, BROWN and BUFORD, J. J., concur.

TERRELL and DAVIS, J. J., dissent.

D. LEE v. J. M. LEE, as State Comptroller.

172 So. 484.

Opinion Filed January 8, 1937.

Rehearing Denied March 26, 1937.

*Edwin Brobston,* for Appellant;

*Cary D. Landis,* Attorney General, and *H. E. Carter,* Assistant Attorney General, for Appellee.

PER CURIAM.—This is a companion case to that of F. B. Palbicke v. J. M. Lee, as Comptroller, and the order appealed from should be affirmed upon authority of the opinion and judgment entered at this Term of the Court in that case.

So ordered.

Affirmed.

WHITFIELD, C. J., and ELLIS, BROWN and BUFORD, J. J., concur.

TERRELL and DAVIS, J. J., dissent.